UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KINGVISION PAY-PER-VIEW CORP., LTD.** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Civil Action No.: 02-3517 |
| **ARCO IRIS BAR, INC.** ) | |
| **d/b/a ARCO IRIS BAR** ) | |
| ) | |
| **Defendants.** ) | |

### REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Kingvision Pay-Per-View Corp., Ltd., by its attorneys, Harper & Paul, pursuant to Fed. R. Civ. P. 55(a), requests this Court to enter the default of Defendants, Arco Iris Bar, Inc. d/b/a Arco Iris Bar and Manuel Vega, in this action. In support thereof, Kingvision Pay-Per-View Corp., Ltd. states:

1. The Complaint in this action was filed on 5/31/02.

2. On, 6/17/02, the Resident Agent for Arco Iris Bar, Inc. d/b/a Arco Iris Bar was personally served with a Summons and Complaint. At the same time, Manuel Vega Individually, was personally served with a Summons and Complaint. Affidavits of Service of Process establishing service of the Summons and Complaint upon these individuals have been filed in this action.

3. Pursuant to the provisions of Fed. R. Civ. P. 12, Defendants were required to serve an answer or otherwise respond to the Complaint within twenty (20) days after being served with the Summons and Complaint. As such, an answer or

1

responsive pleading on behalf of Defendants was to be filed in this action on or before 7/7/02.

4.     As of the date of this Request, both Defendants, Arco Iris Bar, Inc. d/b/a Arco Iris Bar anf Manuel Vega have failed to file an answer or any other pleadings in response to the Complaint.

5.     Fed. R. Civ. P. 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by [the Federal Rules of Civil Procedure] and that fact is made to appear by affidavit or otherwise, the Clerk shall enter the party's default." Because Defendants have failed to plead or otherwise defend in this action, the Clerk of this Court should enter a default against them.

WHEREFORE, Plaintiff, Kingvision Pay-Per-View Corp., Ltd., requests that the Clerk enter the default of Defendants,Arco Iris Bar, Inc. d/b/a Arco Iris Bar and Manuelk Vega, in this action.

Respectfully submitted,

BY:_____
    Sharon N. Harvey, Esquire
    Attorneys for Plaintiff
    Kingvision Pay-Per-View Corp., Ltd.

A:\ARCO.REQ