IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW CORP. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| ARCO IRIS BAR, INC. | : | NO 02-3517 |

**ORDER**

**AND NOW**, this 26th day of August, 2002, in view of the Stipulation to Set Aside Default, **IT IS ORDERED** that Defendant's Motion to Reopen (Doc. No. 7) is **DISMISSED** as moot.

**BY THE COURT**

_____
John R. Padova            J.