IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KINGVISION PAY-PER-VIEW CORP.     :     CIVIL ACTION
                                  :
        V.                        :
                                  :
ARCO IRIS BAR, INC., ET AL        :     NO. 02-3517

O R D E R

_____AND NOW, this 8th day of October, 2002, upon agreement of counsel, IT IS HEREBY ORDERED that the above-captioned matter shall be placed in the Arbitration Case Management Track.

BY THE COURT:

_____
JOHN R. PADOVA,      J.