IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW CORP. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3517 |
| ARCO IRIS BAR, INC., ET AL. | : | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, January 30, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

        Michael E. Kunz
        Clerk of Court

        By:_____
        Stephen Sonnie
        Deputy Clerk
        Phone:267-299-7074

Date:<u>October 22, 2002</u>

Copies:    Andrea Mack, Courtroom Deputy to Judge Padova
              Docket Clerk - Case File

        Counsel:    Sharon N. Harvey, Esq.
                           Raul I. Rivera, Esq.

ARB2.FRM