IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD. : | | CIVIL ACTION |
| vs. : | | |
| ARCO IRIS BAR, INC., : | | |
| MANUEL VEGA, | | |
| CARMEN D. SOTO : | | NO. 02-3517 |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Tuesday, February 25, 2003*.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Case continued from January 30, 2003
NO FURTHER CONTINUANCES
WILL BE GRANTED WITHOUT
COURT APPROVAL*

By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date:<u>February 6, 2003</u>

Copies:    Geraldine Keane, Secretary to Judge Padova
Docket Clerk - Case File

    Counsel:    Sharon N. Harvey, Esq.
                   Raul I. Rivera, Esq.

    Arbitrators:    Joseph Lynch, Esq.
                   Doris Dabrowski, Esq.
                   David Wolf, Esq.

ARB2.FRM