IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD. | : | CIVIL ACTION |
| v. | : | |
| ARCO IRIS BAR, INC., | : | |
| MANUEL VEGA, | : | |
| CARMEN D. SOTO | : | NO. 02-3517 |

**ORDER SUBSTITUTING AN ARBITRATOR**

AND NOW, this          day of February, 2003, it is hereby

ORDERED that David Wolf, Esq. is replaced as an arbitrator on Tuesday, February 25, 2003, 9:30 a.m.  It is hereby

FURTHER ORDERED that Greg Voci, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

_____
JOHN R. PADOVA, J.

ARB8 (12/82)