IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KINGVISION PAY-PER-VIEW CORP., LTD. : | CIVIL ACTION |
| : |  |
| v. : |  |
| ARCO IRIS BAR, INC., D/B/A ARCOIRIS BAR |  |
| MANUEL VEGA |  |
| CARMEN D. SOTO : |  |
| : | NO. 02-3517 |

**CIVIL JUDGMENT**

BEFORE PADOVA, J.

      AND NOW, this        day of March, 2003, it appearing that an Arbitration Award was entered and filed on February 26, 2003, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

      ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of Plaintiff Kingvision Pay-Per-View Corp., Ltd. and against Defendant Arco Iris Bar, Inc., Defendant Manuel Vega, and Defendant Carmen D. Soto, in the amount of $1,000.00.


ATTEST:                              OR                              BY THE COURT:


By:_____                                                  _____
Deputy Clerk                                                        JOHN R. PADOVA, J.

ARB 16